JS-6

Prepared by:
MICHAEL N. FEUER, City Attorney
RICHARD M. BROWN, General Counsel for Water and Power
DEBORAH DORNY, Deputy City Attorney (SBN 204391)
111 North Hope Street, Room 340
P.O. Box 51111, Room 340
Los Angeles, California 90051-0100
Telephone: (213) 367-4560   Facsimile: (213) 241-1428
Deborah.Dorny@ladwp.com

Attorneys for Defendant, CITY OF LOS ANGELES, ACTING BY AND THROUGH THE DEPARTMENT OF WATER AND POWER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALUBHAI G. PATEL, Individually and as Trustee of the BALUBHAI G. PATEL REVOCABLE TRUST dated 3/14/07 and on behalf of the tenants of the Lafayette Hotel<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal corporation; CITY OF LOS ANGELES DEPARTMENT OF WATER & POWER; HEMANT KHATRI, an individual; HEMANT BOMBAYWALA, an individual; and DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO. CV 14-05035 PA (AGRx)<br><br>[~~PROPOSED~~]<br>ORDER GRANTING JOINT STIPULATION RE DISMISSAL OF ACTION |

The Parties, the City of Los Angeles (City), acting by and through its Department of Water and Power, and Plaintiff, BALUBHAI G. PATEL, Individually and as Trustee of the BALUBHAI G. PATEL REVOCABLE TRUST dated 3/14/07 and on behalf of the tenants of the

1

1 Lafayette Hotel, hereby Stipulate to the Dismissal of the within action.  Accordingly, the Court
2 Orders as follows:
3    IT IS HEREBY ORDERED THAT the instant matter is dismissed in its entirety with
4 prejudice, each party to bear their own costs.

DATED: November 6, 2014

_____
Honorable Percy Anderson, Judge
United States District Court for the
Western Division